

# Fourth Court of Appeals
## San Antonio, Texas

November 7, 2016

No. 04-15-00705-CV

**EATON COMMERCIAL**, L.P.,
Appellant

v.

**PARADIGM HOTEL SA RIVERWALK**, LP,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI11882
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

On October 5, 2016, this court issued a memorandum opinion reversing and remanding the matter to the trial court with instructions to remand the award to the arbitrator for certain purposes.

On October 26, 2016, the parties filed an agreed motion waiving their rights to file a petition for review or a motion to extend the time to file a petition for review, and they asked this court to issue the mandate immediately. *See* TEX. R. APP. P. 18.1(c). We construe the parties' motion as also waiving their rights to file any motions for rehearing. *See id.* R. 49.1, 49.7.

The parties' agreed motion is GRANTED; we direct the clerk of this court to issue the mandate immediately. *See id.* R. 18.1.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court